UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICENTE PEREZ-PEREZ, Petitioner, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-02-44 CRIMINAL NO. B-01-73-01 |
| UNITED STATES OF AMERICA, Respondent. | § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE at Brownsville, Texas this _18_ day of _July_, 2002.

_____
Hilda Tagle
United States District Judge

9